### KESSINGER *v.* LEIBRACHT.

### WING *v.* HOEHL.

*(Circuit Court, S. D. Iowa.    June Term, 1886.)*

In Equity.

LOVE, J.    The decision in *Mahin* v. *Pfeiffer, ante,* 892, disposes of these cases.